OPINION — AG — ** COUNTY COMMISSIONERS — PURCHASE OF AUTOMOBILES ** THE BOARD OF COUNTY COMMISSIONERS IS 'NOT' AUTHORIZED BY STATUTE TO PURCHASE AUTOMOBILES FOR THE SHERIFF'S USE. LIKEWISE, FEDERAL REVENUE SHARING FUNDS CANNOT BE USED IN THE PURCHASE OF AUTOMOBILES SINCE IT IS 'NOT' AN AUTHORIZED PURPOSE FOR WHICH COUNTY REVENUE CAN BE EXPENDED. (FEDERAL FUNDS, COUNTY GOVERNMENT, SHERIFF CARS, COUNTY FUNDS) CITE: OPINION NO. 64-350, OPINION NO. 73-121 (MIKE D. MARTIN)